Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

## UNITED STATES COURT DISTRICT COURT

## DISTRICT OF OREGON

**PATRICIA CHAMBERS,**

            Plaintiff,

vs.

Commissioner of Social Security Administration,

            Defendant.

Civil No. 6:11-CV-06198 RE

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $18,314.22 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). The net requested herein, less the EAJA fee awarded of $5191.96, is $13,122.26, and Defendant shall pay this

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -    1

amount to Plaintiff's counsel, less an administrative assessment pursuant to 42 U.S.C. 406(d). There are no other costs.

IT IS SO ORDERED this day of ~~March~~ Sept 16, 2014

_____
U.S. District Judge/Magistrate Judge

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
      Drew L. Johnson, OSB #75200
      Of Attorneys for Plaintiff

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -   2